UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CR-118(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| James B. Young | ) | |

Defendant requests an early discharge from his term of supervised release. After reviewing the circumstances of this case and the Probation Officer's recommendation, defendant's request is hereby granted.

Defendant's supervised release is hereby terminated.

IT IS SO ORDERED.

Dated: January 31st, 2005

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge